## Commonwealth *v.* Lackey, Appellant.

 Submitted March 28, 1973. *Holly Maguigan,*
*Anne F. Johnson* and *Jonathan Miller,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.